UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ABDUL GADIROU DIALLO,**<br>**A# 203 806 069,** | § § § § § | |
| **Petitioner,** | § | |
| v. | § § | SA-20-CV-00547-XR |
| **ANDREW HURON**, Officer–In–Charge, South Texas ICE Processing Center; **DANIEL BIBLE**, Field Operations Director, United States Immigration and Customs Enforcement, Office of Detention and Removal Operations, Department of Homeland Security; **MATTHEW T. ALBENCE**, Acting Director, United States Immigration and Customs Enforcement, Office of Detention and Removal Operations; **THOMAS S. WIMKOWSKI**, Principal Deputy Assistant Secretary, United States Immigration and Customs Enforcement, Department of Homeland Security; **CHAD WOLF**, Acting Secretary, United States Department of Homeland Security; and **RAY CASTRO**, Warden, South Texas ICE Processing Center, | § § § § § § § § § § § § § § § § § § § § § § § § | |
| **Respondents.** | § § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing without prejudice as moot Petitioner Abdul Gadirou Diallo's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and Respondents' Motion to Dismiss, the Court renders the following Final Judgment Pursuant to Fed. R. Civ. P. 58.

**IT IS HEREBY ORDERED** that Petitioner Abdul Gadirou Diallo's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and Respondents' Motion to Dismiss are **DISMISSED WITHOUT PREJUDICE AS MOOT**.

It is so **ORDERED**.

SIGNED this 14th day of September, 2020.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE